UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE NATIONAL HOCKEY PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 14-2551 (SRN/JSM) |
| This document relates to: ALL ACTIONS | |

### NOTICE OF APPEARANCE OF W. JOSEPH BRUCKNER

The undersigned attorney, W. Joseph Bruckner, of Lockridge Grindal Nauen P.L.L.P. hereby gives notice of his appearance in this matter on behalf of Plaintiffs.

Dated: February 12, 2015       **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/ W. Joseph Bruckner
    Robert K. Shelquist (21310X)
    W. Joseph Bruckner (147758)
    Rebecca A. Peterson (0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:  (612) 339-0981
rkshelquist@locklaw.com
wjbruckner@locklaw.com
rapeterson@locklaw.com
*Attorneys for Plaintiffs*

486508.1