# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE NATIONAL HOCKEY PLAYERS'      MDL No. 14-2551 (SRN/JSM)
CONCUSSION INJURY LITIGATION

This document relates to:
ALL ACTIONS

## NOTICE OF APPEARANCE OF REBECCA A. PETERSON

The undersigned attorney, Rebecca A. Peterson, of Lockridge Grindal Nauen P.L.L.P. hereby gives notice of her appearance in this matter on behalf of Plaintiffs.

Dated: February 12, 2015     **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/ Rebecca A. Peterson
    Robert K. Shelquist (21310X)
    W. Joseph Bruckner (147758)
    Rebecca A. Peterson (0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
rkshelquist@locklaw.com
wjbruckner@locklaw.com
rapeterson@locklaw.com
*Attorneys for Plaintiffs*

486508.1