# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE NATIONAL HOCKEY PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 14-2551 (SRN/JSM) |
| This document relates to: Emmanuel Legace (15-00472) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF EMMANUEL LEGACE ONLY** |

Emmanuel Legace, Plaintiff in the above-captioned action, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant National Hockey League without prejudice.  Each party shall bear their own costs.  This Notice of Dismissal pertains to Plaintiff Emmanuel Legace only.

Dated:  February 12, 2015          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                                      By:  s/  Robert K. Shelquist
                                                           Robert K. Shelquist (21310X)
                                                           W. Joseph Bruckner (147758)
                                                           Rebecca A. Peterson (0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
rkshelquist@locklaw.com
wjbruckner@locklaw.com
rapeterson@locklaw.com

490431.1

Clifford H. Pearson
Michael Pearson
Daniel L. Warshaw
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Tel:  (818) 788-8300
Fax:  (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com
dwarshaw@pswlaw.com

Graham B. LippSmith
GIRARDI | KEESE
1126 Wilshire Blvd
Los Angeles, CA 90017
Tel:  (213) 977-0211
Fax:  (213) 481-1554
glippsmith@girardikeese.com

Howard F. Silber
THE LAW OFFICES OF HOWARD F. SILBER
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel:  (818) 706-8510
Fax:  (818) 706-8516.
**ATTORNEYS FOR PLAINTIFFS**

490431.1                            2