# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION )))) | MDL No. 14-2551 (SRN/JSM) |
| ) | **Order of Dismissal as to** |
| This Document Relates to: ) | **Emmanuel Legace Only** |
| Emmanuel Legace (15cv00472) ) | |
| _____ ) | |

Based upon the Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed by plaintiff Emmanuel Legace on February 12, 2015 [Docket No. 105],

**IT IS HEREBY ORDERED** that the Plaintiff Emmanuel Legace is dismissed without prejudice from the above-entitled action.

Dated: February 13, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge