# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: National Hockey League Players Concussion Injury Litigation | COURT MINUTES - CIVIL<br>BEFORE: Susan Richard Nelson<br>U.S. District Judge |
| This document relates to ALL ACTIONS | Case No: 14-md-2551 (SRN/JSM)<br>Date: May 15, 2015<br>Court Reporter: -<br>Courthouse: St. Paul<br>Courtroom: Jury Room for Courtroom 7B<br>Time in Court: 10:50 am - 12:30 pm<br>Time in Court: 1 hours, 40 minutes |

For Plaintiffs:   Charles Zimmerman
                  Brian Gudmundson
                  Scott Andresen
                  Brian Penny
                  Michael R. Cashman

Defendant:        John Beisner
                  Daniel J. Connolly
                  Matthew Martino

PROCEEDINGS:

Informal Discovery Conference Held.

    s/Susan M. Del Monte
    Courtroom Deputy