**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: NATIONAL HOCKEY LEAGUE ) <br> PLAYERS CONCUSSION INJURY ) <br> LITIGATION ) <br> _____ ) <br> This Document Relates to: ) <br> ALL ACTIONS ) | MDL No. 14-2551 (SRN/JSM) |

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rules 7.1(f) and (h), I hereby certify that the Non-Party U.S. NHL Clubs' Opposition to Plaintiffs' Motion to Enforce Subpoenas complies with Local Rule 7.1(f), was prepared using 13-point Times New Roman font, double-spaced, except for footnotes and block quotations, and contains 10,421 words, excluding the caption, signature block, and certificates, as calculated by the Microsoft Word 2010 word count function.

Dated: May 18, 2015        Respectfully submitted,

BRYAN CAVE LLP

By: /s/ Christopher J. Schmidt
   Christopher J. Schmidt
   One Metropolitan Square
   211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
   Telephone: (314) 259-2000
   cjschmidt@bryancave.com
   kjmallin@bryancave.com
   tim.hasken@bryancave.com
   jonathan.potts@bryancave.com

   *Attorneys for above-listed non-party
   United States National Hockey
   League Clubs*

4561623.1