# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: National Hockey League Players Concussion Injury Litigation | ) COURT MINUTES - CIVIL<br>) BEFORE: Susan Richard Nelson<br>) U.S. District Judge<br>) |
| This document relates to ALL ACTIONS | ) Case No: 14-md-2551 (SRN/JSM)<br>) Date: June 4, 2015<br>) Court Reporter: Heather Schuetz<br>) Courthouse: St. Paul<br>) Courtroom: 7B<br>) Time in Court: 1:31 p.m. - 2:44 p.m.<br>  Time in Court: 1 hour, 13 minutes |

For Plaintiffs:
- Charles Zimmerman
- Brian Gudmundson
- Scott Andresen
- Brian D. Penny
- Michael R. Cashman
- Hart L. Robinovitch
- David M. Cialkowski
- Jeffrey D. Bores
- Robert Shelquist
- Stuart A. Davidson
- Jeffrey D. Klobucar
- William T. Gibbs
- Richard M. Hagstrom
- Mel Owens
- David I. Levine
- James W. Anderson
- David Goodwin

Defendant:
- John Beisner
- Daniel J. Connolly
- Jessica D. Miller
- Joseph M. Price

For U.S. NHL Clubs: Christopher Schmidt

PROCEEDINGS:

Status Conference Held.

The Court took under advisement Pls' Mot. to Enforce Subpoenas Directed to US NHL Clubs [Doc. No. 142].

The Court grants the Motions to File a Surreply filed by Def. and the Non-Party US NHL Clubs [Doc. Nos. 172 & 173].

s/Susan M. Del Monte<br>Courtroom Deputy