# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: National Hockey League Players Concussion Injury Litigation | COURT MINUTES - CIVIL<br>BEFORE: Susan Richard Nelson (U.S.D.J.)<br>And Janie S. Mayeron (U.S.M.J.) |
| This document relates to ALL ACTIONS | Case No: 14-md-2551 (SRN/JSM)<br>Date: June 17, 2015<br>Court Reporter: -<br>Courthouse: St. Paul<br>Courtroom: 7B Jury Room<br>Time in Court: 9:05 a.m. - 11:30 a.m.<br>Time in Court: 2 hours, 25 minutes |

For Plaintiffs:   Charles Zimmerman      Jeffrey D. Klobucar
                  Brian D. Penny         Michael R. Cashman
                  Stephen G. Grygiel

Defendant:        John Beisner           Jessica D. Miller
                  Daniel J. Connolly     Matthew Martino

For U.S. NHL Clubs: Christopher Schmidt

PROCEEDINGS:

Informal Discovery Conference Held.

The Court will move the July 2, 2015 status conference to 10:00 am central time.

s/Susan M. Del Monte<br>Courtroom Deputy