# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: National Hockey League Players Concussion Injury Litigation | **AMENDED** COURT MINUTES - CIVIL<br>BEFORE: Susan Richard Nelson (U.S.D.J.)<br>And Janie S. Mayeron (U.S.M.J.) |
| This document relates to ALL ACTIONS | Case No:   14-md-2551 (SRN/JSM)<br>Date:   June 17, 2015<br>Court Reporter:   -<br>Courthouse:   St. Paul<br>Courtroom:   7B Jury Room<br>Time in Court:   9:05 a.m. - 11:30 a.m.<br>Time in Court:   2 hours, 25 minutes |

For Plaintiffs:   Charles Zimmerman   Jeffrey D. Klobucar
                  Brian D. Penny       Michael R. Cashman
                  Stephen G. Grygiel

Defendant:        John Beisner         Jessica D. Miller
                  Daniel J. Connolly   Matthew Martino

For U.S. NHL Clubs:   Christopher Schmidt

PROCEEDINGS:

Informal Discovery Conference Held.

The Court will move the July 2, 2015 status conference to **9:00 am** central time.

s/Susan M. Del Monte<br>Courtroom Deputy