# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ) | SECOND AMENDED COURT MINUTES - CIVIL |
| ) | BEFORE: BEFORE: Susan Richard Nelson |
| In Re: National Hockey League Players ) | U.S. District Judge |
| Concussion Injury Litigation ) |  |
| ) |  |
| ) | Case No:        14-md-2551 (SRN/JSM) |
| ) | Date:              July 2, 2015 |
| This document relates to ALL ACTIONS ) | Court Reporter: Heather Schuetz |
| ) | Courthouse:    St. Paul |
| ) | Courtroom:     7B |
|   | Time in Court: 9:04 a.m. – 11:56 a.m. |
|   | Time in Court: 2 hours, 52 minutes |

| For Plaintiffs: | Charles Zimmerman | Jeffrey D. Klobucar |
|---|---|---|
|  | Brian D. Penny | Michael R. Cashman |
|  | Stephen G. Grygiel | Mark J. Dearman |
|  | Brian C. Gudmundson | Scott Andresen |
|  | David Cialkowski | Joshua Rissman |
| Defendant: | John Beisner | Jessica D. Miller |
|  | Daniel J. Connolly | Matthew Martino |
|  | Matthew M.K. Stein | Richard Bernardo |
|  | Linda S. Svitak |  |

For U.S. NHL Clubs: Christopher Schmidt

PROCEEDINGS:

Status Conference Held.

Scheduling:
The next informal status conference is scheduled for July 14 at 1:00 pm.
The next formal status conference will be on August 6, 2015 at 3:00 pm.
The next informal status conference will be August 24, 2015 at 1:30 pm.

In anticipation of the 7/14/15 informal status conference, the parties are ordered to meet and confer regarding the following issues:
1. A proposal for extending discovery timelines in this case;
2.  A protocol for handling legal privilege log issues;
3. The collection and production of text messages from the Board of Governors and NHL custodians;
4.  The role of discovery re: absent class members in class certification briefing;
5.  De-identification issues regarding the NHL databases;
6.  Defendant's fact sheet;
7.  Over-designation of confidential documents and protocol for handling same.

No later than July 10, 2015, the parties must submit final position papers regarding: 1. Defendant's fact sheets; 2. De-identification of data and NHL databases; and 3. The scope of the personal medical information privilege (including anticipated deposition questions).

The NHL committed to producing documents from the Board of Governors for nine teams by July 21, 2015 and completing that production by the end of August 2015.

Going forward, the Court ordered that each side must respond to the other side's request for a deposition within 2 weeks, and must provide a date for that deposition within 6 weeks.

The parties agreed to prioritize the production of documents in consideration of upcoming scheduled depositions. The U.S. Clubs will produce its first production from 10 clubs by July 21, 2015, and will complete production by the end of August 2015.

Within two weeks of the receipt of final transcript of any deposition, the parties must inform the Court what portions of the deposition need to remain marked confidential. With respect to depositions for which final transcripts were received prior to entry of this Order, the parties shall have two weeks from this Order to so inform the Court.

s/Susan M. Del Monte<br>Courtroom Deputy