# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: National Hockey League Players Concussion Injury Litigation | ) COURT MINUTES - CIVIL<br>) BEFORE: BEFORE: Susan Richard Nelson<br>) U.S. District Judge<br>)<br>) Case No: 14-md-2551 (SRN/JSM)<br>) Date: July 14, 2015<br>) Court Reporter: Heather Schuetz |
| This document relates to ALL ACTIONS | ) Courthouse: St. Paul<br>) Courtroom: 7B<br>) Time in Court: 1:30 p.m. – 2:30 p.m. in Courtroom;<br>2:45 p.m. – 4:15 p.m. in Jury Room<br>(no court reporter)<br>Time in Court: 2 hours, 30 minutes |

|  |  |  |
|---|---|---|
| For Plaintiffs: | Charles Zimmerman<br>Brian D. Penny<br>Brian C. Gudmundson | Jeffrey D. Klobucar<br>Michael R. Cashman<br>Scott Andresen |
| Defendant: | John Beisner<br>Daniel J. Connolly<br>Matthew M.K. Stein | Jessica D. Miller<br>Matthew Martino<br>Richard Bernardo |

For U.S. NHL Clubs: Christopher Schmidt, Kenneth J. Mallin

PROCEEDINGS:

Status Conference Held.

The parties addressed de-identification issues regarding NHL databases in court; then moved to an informal discovery status conference off the record.

Regarding Defendant's production of document custodian text messages, Defendant shall collect and produce responsive text messages for custodians Colin Campbell, Brendan Shanahan, Rod Pasma, Stephen Walkom, Kay Whitmore, Damon Echevarria, Kris King, Mike Murphy, and Stephane Quintal. With respect to document custodians Gary Bettman and Bill Daly, Defendant shall conduct a sampling search for a two-year period, dating back two years from the date of the first complaint. Defendant shall inform the Court if the sampling search produces any responsive text messages. Julie Grand and Gary Meagher shall submit a sworn statement stating that they have never sent or received a text message dealing with the subject matter of this litigation. To the extent that Plaintiffs possess responsive text messages, they shall produce them.

s/Susan M. Del Monte<br>Courtroom Deputy