**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 0:14-md-02551 (SRN/JSM) |
| This Document Relates to:<br><br>ALL ACTIONS | **MOTION TO COMPEL CONFIDENTIALITY DE-DESIGNATION BY THE NHL** |

Plaintiffs, by and through counsel, respectfully move this Court for an order granting Plaintiffs' Motion to Compel Confidentiality De-Designation by the NHL.  This Motion is based upon all the files, records and proceedings herein, a Memorandum in Support of Plaintiffs' Motion to Compel Confidentiality De-Designation by the NHL, the Affidavit of Michael R. Cashman (with exhibits) and argument of counsel.  Plaintiffs submit that their Motion should be granted in its entirety.

Dated: October 8, 2015

Respectfully submitted,

ZELLE HOFMANN VOELBEL & MASON LLP

By: /s/ Michael R. Cashman
     Michael R. Cashman
500 S Washington Ave, #4000
Minneapolis, MN 55415
Telephone: (800) 899-5291
mcashman@zelle.com

*Member, Plaintiffs' Executive Committee*

Charles S. Zimmerman
Brian C. Gudmundson
David M. Cialkowski
ZIMMERMAN REED, PLLP
1100 IDS Center, 80 S 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
charles.zimmerman@zimmreed.com
brian.gudmundson@zimmreed.com
david.cialkowski@zimmreed.com

Hart Robinovitch
Bradley C. Buhrow
ZIMMERMAN REED, PLLP
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
brad.buhrow@zimmreed.com

Stuart A. Davidson
Mark J. Dearman
Leonard B. Simon
Kathleen B. Douglas
Janine D. Arno
ROBBINS GELLER RUDMAN
& DOWD LLP
120 E Palmetto Park Road
Boca Raton, FL 33432
Telephone: (561) 750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
KDouglas@rgrdlaw.com
JArno@rgrdlaw.com

Steven D. Silverman
Stephen G. Grygiel
William Sinclair
SILVERMAN, THOMPSON,
SLUTKIN & WHITE, LLC
201 N Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
ssilverman@mdattorney.com
sgrygiel@mdattorney.com
bsinclair@mdattorney.com

*Plaintiffs' Co-Lead Counsel*

Lewis A. Remele
J. Scott Andresen
Jeffrey D. Klobucar
BASSFORD REMELE
33 S 6th Street
Minneapolis, MN 55402
Telephone: (612) 333-3000
lremele@bassford.com
sandresen@bassford.com
jklobucar@bassford.com

*Plaintiffs' Liaison Counsel*

2

Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
jbores@chestnutcambronne.com
bbleichner@chestnutcambronne.com

Brian D. Penny
Mark S. Goldman
GOLDMAN, SCARLATO & PENNY PC
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087
Telephone: (484) 342-0700
penny@gskplaw.com
goldman@gskplaw.com

Thomas J. Byrne
Mel Owens
NAMANNY, BYRNE, & OWENS, APC
2 S. Pointe Dr.
Lake Forest, CA 92630
Telephone: (949) 452-0700
tbyrne@nbolaw.com
mowens@nbolaw.com

GUSTAFSON GLUEK, PLLC
Daniel E. Gustafson (202241)
David A. Goodwin (386715)
Joshua J. Rissman (391500)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
jrissman@gustafsongluek.com

Thomas Demetrio
William T. Gibbs
CORBOY & DEMETRIO
33 N Dearborn Street
Chicago, IL 60602
Telephone: (312) 346-3191
tad@corboydemetrio.com
wtg@corboydemetrio.com

Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, PLC
310 Clifton Ave
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
janderson@heinsmills.com

David I. Levine
THE LEVINE LAW FIRM P.C.
1804 Intracoastal Drive
Fort Lauderdale, FL 33305
Telephone: (954) 385-1245
agentdl@bellsouth.net

*Plaintiffs' Executive Committee*

3