# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | PLACEHOLDER FOR PLAINTIFFS' APPEAL OF CONFIDENTIALITY RULINGS ON PROTECTED REVIEW DOCUMENT NUMBERS 32, 2, 29, 28, 33, 4, 1, 10 AND 18<br><br>*Case Number 0:14-md-02551 (SRN/JSM)* |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**PLAINTIFFS' APPEAL OF CONFIDENTIALITY RULINGS ON PROTECTED REVIEW DOCUMENT NUMBERS 32, 2, 29, 28, 33, 4, 1, 10 AND 18**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )
\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)
\_\_\_ Physical Object (description):
\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 140 )
\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: \_\_\_ )
\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).