## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 0:14-md-02551 (SRN/JSM)<br><br>**PLACEHOLDER FOR DECLARATION OF CHRISTOPHER P. RENZ IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT NATIONAL HOCKEY LEAGUE TO PRODUCE DOCUMENTS WITHOUT CLAIM OF CLAW BACK OR PRIVILEGE** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Declaration of Christopher P. Renz in Support of Plaintiffs' Motion to Compel Defendant National Hockey League to Produce Documents Without Claim of Claw Back or Privilege with Exhibits A-S*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to protocol issued by Magistrate Judge Mayeron

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.

forms\cmecf\convfilingplchldr.doc                Form Updated 07/29/05