**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: National Hockey League Players' Concussion Injury Litigation | MDL No. 14-2551 (SRN/JSM) |
| This Document Relates to All Actions | ORDER |

---

SUSAN RICHARD NELSON, United States District Court Judge

    This matter is before the Court on Plaintiffs' letter request for an enlargement of the word limit for the parties' briefing on class certification. (Pls.' Letter at 1 [Doc. No. 581].) Defendant opposes the length of Plaintiffs' requested enlargement. (Def.'s Letter at 1 [Doc. No. 583].)

    In Pretrial Order No. 18 [Doc. No. 296], this Court permitted the parties a total of 15,000 words for this briefing. Plaintiffs contend that due to the complex issues in the case, including numerous areas of expert testimony, and the size of the evidentiary record, enlargement of the word limit to 30,000 words per side is warranted. (Pls.' Letter at 1.) Defendant does not believe that a 30,000 word limit is necessary, but would not oppose a limit of 22,500 words. (Def.'s Letter at 1.)

    Having considered the positions of the parties, and given the complex legal and factual issues involved, Plaintiffs and Defendant shall be permitted a total of 26,000 words for briefing on Plaintiffs' motion for class certification.

Dated:   August 19, 2016

                              <u>s/Susan Richard Nelson</u>
                              SUSAN RICHARD NELSON
                              United States District Court Judge