## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION )<br><br>This Document Relates to:<br><br>*Petit, et al.  v. Nat'l Hockey League*<br>No. 15-cv-3666 (SRN/BRT)<br>_____ ) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MDL No. 14-2551 (SRN/BRT) |

### ORDER DISMISSING CLAIMS WITH PREJUDICE

Pursuant to the Stipulations of Dismissal that have been filed with the Court as executed by the following plaintiffs:

- Keith Brown (MDL Doc. No. 1027)

- Malcolm Davis (MDL Doc. No. 1025)

- Gary McAdam (MDL Doc. No. 1025)

- Steve Payne (MDL Doc. No. 1025)

- Michel Petit (MDL Doc. No. 1025)

- Greg Terrion (MDL Doc. No. 1025)

- Dennis Vaske (MDL Doc. No. 1026)

- Kurt Walker (MDL Doc. No. 1025)

**IT IS HEREBY ORDERED** that the claims brought in the above-captioned action by the above-listed plaintiffs are dismissed with prejudice, each party bearing its own attorney's fees and costs.

**SO ORDERED** this 23rd day of April, 2019.

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

2