# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 14-2551 (SRN/BRT) |
| This Document Relates to: | **ORDER** |
| *Petit, et al. v. Nat'l Hockey League* No. 15-cv-3666 (SRN/BRT) | |

    IT IS ORDERED that the matter of *Petit, et al. v. National Hockey League*, case number 15-cv-3666 (SRN/BRT), is hereby dismissed with prejudice as to all named plaintiffs, each party bearing its own attorney's fees and costs.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 25, 2019

                                      s/Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States District Judge